220 F.2d 442
 Nancy N. R. BROWN, Guardian of Paul Jacob Brown, Incompetent,
v.
David L. MacFARLANE et al.
 No. 5066.
 United States Court of Appeals, Tenth Circuit.
 Jan. 7, 1955.
 
 Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Docketed and dismissed on motion of appellees, for failure of appellant diligently to prosecute.
 
 
 2
 Donald L. Randolph, Kansas City, Mo., for appellant.
 
 
 3
 Harold R. Fatzer, Atty. Gen., State of Kansas, for appellees.